IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MEREL,<br><br>　　　Petitioner,<br><br>　vs.<br><br>ANTHONY HEDGPETH, Warden,<br><br>　　　Respondent. | No. C 10-05077 EJD (PR)<br><br>**JUDGMENT** |

　　　For the reasons stated in the order denying the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner.

　　　SO ORDERED AND ADJUDGED.

DATED: 9/25/2012

EDWARD J. DAVILA
United States District Judge

G:\PRO-SE\SJ.EJD\HC.10\Merel05077_judgment.wpd
Judgment

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE ANTONIO MEREL,

    Petitioner,

v.

ANTHONY HEDGPETH,

    Respondent.
_____/

Case Number: CV10-05077 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  9/26/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Antonio Merel
F 18721
Salinas Valley State Prison
Post Office Box 705
Soledad, CA 93960-1050

Dated:  9/26/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk