**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSE ANTONIO MEREL,                 )   No. C 10-05077 EJD (PR)
                                         )
12          Petitioner,                  )
                                         )
13      vs.                              )   **JUDGMENT**
                                         )
14                                       )
     ANTHONY HEDGPETH, Warden,           )
15                                       )
            Respondent.                  )
16                                       )
                                         )
17   _____        )

18          For the reasons stated in the order denying the Petition for a Writ of Habeas

19   Corpus, judgment is entered in favor of Respondent and against Petitioner.

20          SO ORDERED AND ADJUDGED.

21

22   DATED: _____9/25/2012_____     _____
                                         EDWARD J. DAVILA
23                                       United States District Judge

24

25

26

27

28

G:\PRO-SE\SJ.EJD\HC.10\Merel05077_judgment.wpd
Judgment

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE ANTONIO MEREL,

        Petitioner,

  v.

ANTHONY HEDGPETH,

        Respondent.

Case Number: CV10-05077 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/26/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Antonio Merel
F 18721
Salinas Valley State Prison
Post Office Box 705
Soledad, CA 93960-1050

Dated: _____9/26/2012_____

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk

**United States District Court**
For the Northern District of California